UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marco C.,

    Petitioner,

v.

Todd Lyons, *in his capacity as Acting Director, Immigration and Customs Enforcement*, et al.,

    Respondents.

Case No. 26-cv-0060 (PJS/DTS)

ORDER

---

**THE COURT HEREBY ORDERS**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Marco C. by no later than January 9, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

   d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Santos*

2

*M.C. v. Olson*, No. 25-cv-4264, 2025 WL 3281787 (D. Minn. Nov. 25, 2025).

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 13, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 7, 2026        __s/ David T. Schultz_____
                                           DAVID T. SCHULTZ
                                           United States Magistrate Judge